Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
JUN 24 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio
Eastern Division

Douglas ADACIA

Case No. 1:25 CV 01312
(to be filled in by the Clerk's Office)

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one) ☑ Yes ☐ No

-v-

1. Cuyahoga County Sheriff
1215 W 3rd Clev OH 44113
2. CITY of Cleveland
601 lakeside Ave Cle OH 44114

JUDGE BARKER

MAG. JUDGE SHEPERD

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Douglas Adacia
Street Address: 2220 E. 81
City and County: Cleveland Cuyahoga
State and Zip Code: Ohio 44104
Telephone Number: 216) 219 6494
E-mail Address: hwrddougie@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: DOUGLAS ADACIA
Address: Cleveland, OHIO 44104
County: Cuyahoga
Telephone Number: 216-219-6494
E-Mail Address: hworddougie@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Mayor Justin Bibb
Job or Title (if known):
Address: 601 Lakeside Avenue, Cleveland, OHIO 44114
County:
Telephone Number:
E-Mail Address (if known):
☑ Individual capacity ☑ Official capacity

Defendant No. 2
Name: City of Cleveland
Job or Title (if known):
Address: 601 Lakeside Ave, Cleveland, OH 44114
County:
Telephone Number:
E-Mail Address (if known):
☑ Individual capacity ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Douglas Adacia
Address: 2221 E. 81st
City: Cleveland  State: OH  Zip Code: 44103
County: Cuyahoga
Telephone Number: 216 219 6494
E-Mail Address: hwrddougie@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Cuyahoga County Sheriff Office
Job or Title (if known): Sheriff
Address: 1215 W 3rd st
City: Cleveland  State: OH  Zip Code: 44113
County:
Telephone Number:
E-Mail Address (if known):
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: CITY of Cleveland
Job or Title (if known): CITY
Address: 601 lakeside Ave
City: Cleveland  State: OH  Zip Code: 44114
County:
Telephone Number:
E-Mail Address (if known):
[✓] Individual capacity  [✓] Official capacity

Page 2 of 6

Defendant No. 3
Name: Dorothy A. Todd
Job or Title (if known): Chieff Police
Address: 1300 Ontario Street
Cleveland, OH, 44113

County: Cuyahoga
Telephone Number:
E-Mail Address (if known):

[✓] Individual capacity  [✓] Official capacity

Defendant No. 4
Name: Unknown Cleveland Police
Job or Title (if known): Cleveland Police Officer
Address: 1300 Ontario Street
Cleveland, Ohio, 44113

County:
Telephone Number:
E-Mail Address (if known):

[✓] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Unlawfull Search and Seizure. Unlawfull arrest. Excessive force assault Battery Robbery kidnapping harasment Retaliation Stalking Theift

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No. 5
Job Title
Street Address
City County
State Zip

Cuyahoga County Sheriff
Sheriff
1215 W 3rd St
Cleveland  Cuyahoga
Ohio  44113

Defendant No. 6

Unknown Deputy Sheriff
Deputy Sheriff
1215 W 3rd St
Cleveland  Cuyahoga
Ohio  44113

Defendant No. 7
Job Tittle

City County
State Zip

Timothy J. Puin (# 0065120)
Lawyer
601 Lakeside Ave. E rm 106
Cleveland  Cuyahoga
Ohio  44113

## Parties

- at all times Plaintiff Douglas Adacia was a Resident of Cleveland OHiO
- Defendant Cleveland Police Department is at an was all relevant times, a police dept incorporated under the laws of the State of OHiO located, Cuyahoga County, OH.O and subject to suit under 42 USC 1983 at all times acted under color of law
- Defendant Mayor Bibb is Mayor of Cleveland and subject to suit under 42 USC 1983 at all times acted under color of law
- Defendant John Doe police officer of Cleveland was and still active duty police officer in the City of Cleveland and is a person subject to suit under 42 USC 1983 at all times acted under color of law
- Defendant City of Cleveland is a corporation subject under suit at all times acted under color of law. The city person USC 42 1983
- Defendant Cuyahoga County is a corporation at all times acted under color of law is a person subject under suit USC 42 1983
- Defendant Dorothy A. Todd at all times was a employee of City of Cleveland an Act under Color of Law.

This Court has Personal Jurisdiction and the Venue is proper in this Court Under 28 USC 1391 because the events giving Rise to Plaintiff Claim took place within the Courts Jurisdiction.

28 USC 1391(b) 1331 and 1343

- Defendant Cuyahoga County Sheriff at all times acted under color of law and is a person subject to suit under 1983 USC 42 is a unit of state government organized under the laws of this state. and at all times was relevant to this incident.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The city of Cleveland police officer was wearing A badge Uniform and on Duty at the Justice Bldng. And All several sheriff involved were in full uniform wearing badges and on Duty at the Justice Bldng also.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? The Events happend inside The Justice Bldng

B. What date and approximate time did the events giving rise to your claim(s) occur?
Jan 10-25 given the Warrant. Jan-28-2025 assaulted.
The Month of January 2025. Up untile ~~[redacted]~~ ~~[redacted]~~ The present day.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
The Sheriffs and Cleveland police Colluded with each other to prevent me lawfully from entering into the Justice Bldng. The knew I had filed several separat ongoing Active investigation into both Dept that would result in criminal prosecution and other Sauctions against them. I walk inside the Justice Bldng After being Subpona by Judge Sweeney to be there that day I was testify and showing incriminatin Video evidence against Both Dept.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-24-2025

Signature of Plaintiff: Adacia Coaster

Printed Name of Plaintiff: Adacia Douglas

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

# STATEMENT OF CLAIM

Pt. 2-5

1) On the Month of Jan 2025 I walk inside Justice Center Bldng goin to clerk of courts to file Pro Se litigation motions.

2) Several Cuyahoga County sheriff decided to follow me souround me. Would not allow me to walk by myself or leave me alone. After I repeatedly ask to be left alone from them cause I felt they was only there to harasse me about filing Prior Complaints I.A. against them.

3) Sheriff Called a Black Male Police officer. To the Clerk of Courts office, were I was waiting peacefully in line to file Pro Se Motions. 4) The Black Clev Police officer, handed me a white Document he requested I sign it. 5) The Document was a Trespass Warning. Ordering Me to leave immediately or I would be arrested. This was the Same Black Clev Police officer that I had several I.A complaints that were active against him. for assaulting me and harasing me inside the Justice Building while Im doing law work. I left following there threats 6) The Trespass Document was invalid unlawfully and Only Created that Day by this Retaliatory Clev Police. 7) AFRAID TO RETURN to the Justice Bldng. I lost important Public Records Requested information involving Investigations I was launching Against City Clev Police dept. And sheriff Cuyahoga County. Body Camera Videos Etc. That Would have been Used in Federal & criminal court. Against these same defendants. This Trespas Order Was given I believe Jan 10, 2025. And it was done as Retaliation to keep me from filing Complaints against Both of these two departments and others. (The Notice of Tresspas was writen by Timothy J Puin (#000 65120))

## Statement of facts

Pt. 3

8) I was subpoena for Trial in Judge Susan Sweeney Court Room inside of the Justice Bldg. I was The Criminal Defendant Representing My self pro se.

9) I came to through the Front Entrance walk through the medal detector as I was instructed to by A female sheriff that knew Exactly who I was what I was there fore. I place My Book Bag inside screener it Cleared I walk Through next I had cleared. 10) A white male sheriff Ran over towards me And started Punching Pushing Me Threatening Me with More harm. And stated he didnt care about his Job or the law or My Rights. The Male was Trying to Slam Me to the ground and also Tried to throw me up against the Clear Metal Detector Trying To break it up against my head. 11) The Same female sheriff that cleared me. Scream at her Roge Partner to stop and leave me Alone. Cause she had cleared me Through. She Order him to give me my book Bag and leave Me Alone 12) The white Male Sheriff became More enraged. Snatchin My book Bag out of her hands 13) Then Slamed it on The Ground as hard as he did to me. Breakin my content inside. 14) The sheriff was Trying to Break my Cellphones Cause he knew I had incriminating evidence like videos of him and his partners abusing me in the past. 15) Eventually several more sheriff came help him Jump me and Beat me up. They all knew I did nothing wrong and that they were the ones Breaking the law. 16) They Arrested me on false Charges of Trespassing Disorderly Conduct and Obstruction Justice

# STATEMENTS OF FACTS

Pt. 4-5

17) After Usin there Cuffs as A weapons sqeez as Tight as possible cuttin of all circulation. These Sheriff decided to Paracle Me Through the Justice Center, stoping in front of a Crowd of People with Nothiney but intent to humiliate me even further. Decided to slam me up against Another Wall and then pull my pants down to my ankles as they all search and foundle my Booty and Penis. I had Already been Search the 1st time by these same officers before they left me up off the ground they head slamed me on to arrest me. I believe this Act was nothing more than to sexvally assault me. They Physically kick and Pund me all the Way to Booking Cell. 18) Correctional officers Book me into the County Place Me inside of a cell to sleep with a Fake Mattress and absolutely no cotton on the inside. I Remained inside the Jail maybe eighth hours before they Released me with (NO CHARGES). 19) During My Release Corrections was Refusing to give me my book bag. Once I Retrieved it I notice My Content was stolen. Videos in my cellphone for Court to be Used against police deleted and spit and other human Wast was put inside of My Gummies Candy. Tasted like a Musty Vagina. another Sexuall assault. 20) I Am Know Faces those Three Charges Cause The STATE Of Ohio decided to file These Charges against me to Cover Up for the assault and false Arrest the Sheriffs comited against me. case No: 2025-CRB-000865 Cuyahoga Count Court.

21) Both Departments follow me around cleveland ordering regular citizens to physically assault me; threaten to kill me.

22) Both Mayor Justin Bibb and Dorothy Todd have personally participated and gave orders to other members of law enforcement to threaten me with physical harm and violence. 23) Dorothy Todd gave orders that she knew was unlawfull to her Police Department to wage a secret war against The Plaintiff. Dorothy had conversations with me and other law enforcement where she ordered them (Do what they got to do) to me to make sure there gang-police department comes out clean and safely distroy all evidence proving there guilt of continuosly harasing and physically criminal assaulting me. 24) Mayor Justin Bibb Also gave direct orders that were criminal to the Cleveland police to wage a war against The Plaintiff. Given them consent to break any law, to violate me. As long as its done to protect The Defendants secrecy of there criminal empire. 25) All parties Defendants had previously planned out and Agreed to have Law Enforcement Cuyahoga County Sheriff and Cleveland Police. Initiate a gang Banging Routine Against The Plaintiff. (This usually consist of some egregious criminal act of violence, or disrespect geared towards The Plaintiff.) This Act shows loyalty to the gang even in the face of losing there own Jobs Careers an Freedom) 26) Mayor Justin Bibb granted permission to the Unknown Black Male Police Officer to give me the Tresspassing Orders from The Justice Bldng and His very own office. 27) All Parties is violating me to stop me from doing Public Records Request and usin the evidence to Build cases againt There Department. 28) All parties knew I was there for legal litigation. As I was subpoena by Cuyahoga County Clerk of Courts. For Appearance and they devised a plane to assault me That Day.

IV. Injuries

I can not walk outside with out Some One Trying to Fight me Threatening me with harm of violence. I Can not eat at Restaurants Cause The Food attendents spit in my Food or put Urine and Feces in it. I can not walk insid' The Justice Building with out being Violently Robbed and Assaulted I cant walk inside of the Mayors office or the entire building it is in. I cant Do public Records Request and pick up the Material. This prevents me from Working Considering I am A independant Journalist And Report on Government Wast Fraud and Abuse. And Police Misconduct. I pacifically Order Video Photage of me being Violated and Abused by All Defendants and I was Attempting to pick it up that Day. The Clerk of Courts Destroyed this Very important discovery I was planning To Use in a Civil lawsuit againt All defendants and others. That evidence is permanently lost and destroyed. And so is My Chances At Using Them At Trial against Them. I lost Millions of Dollars worth of Trial evidence because The two locations citizens pick these Items up at The defendants unlawfully Block and Baracaded my entrance. With The ordering of Tresspassin warnings given to me with No ligit Reason other Than To harass me. I suffer Mental and emotional distress Physical pain in My entire body. I lost All protection and Respect from all law enforcement. Now I have None or I have to pay for Security. Invasion of privacy Unlawfully Search and Seiz. I need mental and Physical counsling and Therapy. And I need a 24 hour around the Clock lawyer.

## V. Relief

I want 26 million Dollars

I want all medical bills paid for by Defendants

I want all mental health bills paid as A result of treatment and illnesses I suffered.

I want All court Cost and Attorney Fee's paid for by defendants

I want a permanent STAY Away order From The Plaintiff against all Defendants,

I would like the Courts To appoint a Special prosecutor to assist me in bringing Federal Charges against all defendants. All defendants Need to be Federally investigated For RICO conspiracy.

I want this Court To Make A Determination That there is Sufficient evidence To Declare The City of Cleveland Violated The Federal Consent Decree.

I want A writen and Public apology with all parties admitting to all there intentional wrong doings. towards the Plaintiff,